MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:  TROY SCHILLING

Chapter 7 Case No.  07-44034

Please Check One:

XXX   Unclaimed Dividends

____  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| TROY SCHILLING<br>2875 JORDAN AVE #106<br>MINNETONKA, MN 55345<br>and<br>6009 ALDRICH AVE N<br>MINNEAPOLIS, MN 55430<br>and<br>1328 LAKE STREET NE APT 525<br>HOPKINS, MN 55343 | N/A | 130.56 | 130.56 |

DATED: August 18, 2009

John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

08-012